IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JERRY BYRD                                                                PLAINTIFF

vs.                               NO: 3:08CV00041BSM

KINDER MORGAN RIVER TERMINALS, L.L.C                                      DEFENDANT

### ORDER

Thomas J. Smith has moved, without objection, for admission pro hac vice to represent the defendant and asks the court to waive Local Rule 83.5(d), which requires that he designate local counsel with whom the Court and opposing counsel may communicate regarding the case.

Mr. Smith's motion for admission pro hac vice is hereby granted and the requirement that he designate local counsel is waived; however, the Court reserves the right to require designation of local counsel should it find that such action is necessary.

IT IS SO ORDERED this 25th day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE