IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JERRY BYRD     PLAINTIFF

vs.     NO: 3:08CV00041BSM

KINDER MORGAN RIVER
TERMINALS, L.L.C., ET AL.     DEFENDANTS

## ORDER

Plaintiff's motion to dismiss defendant Kinder Morgan River Terminals LLC without prejudice is granted.  Kinder Morgan River Terminals, L.L.C. is hereby dismissed as a defendant.

IT IS SO ORDERED this 15th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE