**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JERRY BYRD**                                                                                         **PLAINTIFF**

vs.                              Case No. 3:08-CV-00041 BSM

**KINDER MORGAN RIVER TERMINALS, L.L.C.**                              **DEFENDANT**

## ORDER

The parties have given notice that they have entered into a full and final settlement of all issues in dispute. This case is administratively closed subject to dismissal of all claims with prejudice within sixty (60) days of this order.

IT IS SO ORDERED this 24th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE