IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JERRY BYRD,

    Plaintiff,

vs.  No. 3:08-CV-00041-BSM

MARINE TERMINALS OF ARKANSAS, INC.,

    Defendant.

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

Came the parties and stated to the Court through their counsel that the matters and things in controversy had been amicably settled and that the parties are in agreement that the plaintiff's action should be dismissed with prejudice.

WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff's action be, and it is hereby, dismissed with prejudice, and the parties shall bear their own costs.

**Entered this the 14th day of May, 2010.**

_____
DISTRICT COURT JUDGE

APPROVED BY:

/s/G. Ray Bratton
G. Ray Bratton – TN BPR #7522
Elissa M. Marcopulos – TN BPR #22209
Bratton, O'Neal & Thorp, P.C.
Attorneys for Defendant,
Marine Terminals of Arkansas, Inc.
675 Oakleaf Office Lane, Suite 200
Memphis, Tennessee 38117-4863
(901) 684-6100
(901) 684-6106 - fax
e-mail: raybratton@brattononeal.com
e-mail: emm@brattononeal.com


/s/ Leonard Cardenas, III
by /s/ G. Ray Bratton, w/permission
Leonard Cardenas III, Esq.
Cardenas & Saunders
6525 Perkins Road
Baton Rouge, Louisiana 70808
lcardenas@cslaw.org


/s/ Philip J. Wells
by /s/ G. Ray Bratton, w/permission
Phillip J. Wells, Esq.
McDaniel & Wells, P.A.
400 South Main
Jonesboro, Arkansas 72401
pjwells@mcdanielandwells.com


/s/ James A. George
by /s/ G. Ray Bratton, w/permission
James A. George, Esq.
6525 Perkins Road
Baton Rouge, Louisiana 70808
jimg@georgeandgeorge.com


*O:\Proposed Orders and Judgment - Annie\byrd-v-marine terminals-order-joint dismissal(granting).5-14-10.wpd*